# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MARK ESPOSITO,**<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>**CELLCO PARTNERSHIP, LLC; AFNI, INC.**<br><br>　　　　　　Defendant. | Civil Case No.: 17-cv-3335 |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) AS TO DEFENDANT AFNI, INC. ONLY

　　　　Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil procedure, Plaintiff Mark Esposito, by and through his counsel, hereby gives notice that the above-captioned action is dismissed with prejudice *as to Defendant Afni, Inc. only*.

Dated: June 1, 2017　　　　　　　　　　　*/s/ Jeremy M. Glapion*

　　　　　　　　　　　　　　　　　　　　Jeremy M. Glapion
　　　　　　　　　　　　　　　　　　　　**THE GLAPION LAW FIRM, LLC**
　　　　　　　　　　　　　　　　　　　　1704 Maxwell Drive
　　　　　　　　　　　　　　　　　　　　Wall, New Jersey 07719
　　　　　　　　　　　　　　　　　　　　Tel: 732.455.9737
　　　　　　　　　　　　　　　　　　　　Fax: 732.709.5150

　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff