UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARK ESPOSITO,<br><br>          Plaintiff,<br>v.<br><br>CELLCO PARTNERSHIP, LLC; AFNI, INC.<br><br>          Defendant. | Civil Case No.: 17-cv-3335 |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil procedure, Plaintiff Mark Esposito, by and through his counsel, hereby gives notice that the above-captioned action is dismissed with prejudice and without costs to either party.

Dated: November 14, 2017

/s/ Jeremy M. Glapion

Jeremy M. Glapion
**THE GLAPION LAW FIRM, LLC**
1704 Maxwell Drive
Wall, New Jersey 07719
Telephone: 732.455.9737
Facsimile:  732.709.5150
Attorney for Plaintiff

/s/Dinesh U. Dadlani

Dinesh U. Dadlani (01993-1999)
**SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD.**
15 Exchange Place, Suite 1020
Jersey City, New Jersey 07302
Telephone: 201.209.0393
Facsimile: 201.209.1223
*Attorneys for Defendant*
**Cellco Partnership d/b/a Verizon Wireless**

So Ordered this 15th day of November, 2017

*[signature]*
Hon. Michael Shipp, USDJ